RECEIVED
IN CLERK'S OFFICE
DEC 2 6 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT /NAshVille, TeNN.

WESTERN DISTRICT OF ~~WASHINGTON~~

<u>JohN R. Demos</u>
(Name of Plaintiff)

vs.

<u>The U.S. SecReTARy of DeFeNse</u>

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983
28USC 1332

_____

_____

_____
(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:
☑ Yes   ☐ No

B. If your answer to A is yes, how many?: <u>SeveRAl</u>   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff <u>JohN R. Demos</u>

Defendants <u>GoveRNOR OF WAShiNGToN</u>

1

2. Court (give name of District) *EASTERN DISTRICT OF WASHINGTON*

3. Docket Number *CS-91-027*

4. Name of judge to whom case was assigned *Robert McNichols*

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) *Dismissed*

6. Approximate date of filing lawsuit *1991*

7. Approximate date of disposition *1991*

II. Place of Present Confinement: *The CLALLAM BAY CORRECTIONAL CENTER*

   A. Is there a prisoner grievance procedure available at this institution? ☑ Yes ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint? ☐ Yes ☑ No

      If your answer is NO, explain why not *Not A Grievable Issue*

   C. Is the grievance process completed? ☑ Yes ☐ No

      If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. Parties to this Complaint

   A. Name of Plaintiff: *John Robert Demos*    Inmate No.: *287455*

   *1830*

   Address: _____

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant *U.S. Secretary of Defense* ; official position _____ ; place of employment *The Pentagon*

2

C. Additional defendants <u>President BARACK H. OBAMA, C.I.A. DIRECTOR,</u>
<u>THE U.S. SECRETARY OF STATE,</u>
<u>THE GOVERNOR OF THE STATE OF WASHINGTON,</u>
<u>THE U.S. ATTORNEY GENERAL,</u>

### IV. Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places, and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

PLAINTIFF WAS TRIED, AND CONVICTED IN A U.S. MILITARY COURT. THE COURT WAS CONVENED UNDER THE WAR POWERS ACT, THE LIEBER CODE, AND THE UNIFORM CODE OF MILITARY JUSTICE. I WAS TRIED BY A PROSECUTOR'S COMPLAINT, I WAS NEVER INDICTED. I WAS CHARGED WITH STEALING CLASSIFIED U.S. MILITARY DATA, AND SELLING IT TO ENGLAND TO GAIN THE QUEEN'S FAVOR. I'VE ONLY MET THE QUEEN OF ENGLAND (8) TIMES, AND THAT WAS DUE TO NON-MILITARY RELATED ISSUES. THE QUEEN & PLAINTIFF HAVE BEEN FRIENDS FOR YEARS. PLAINTIFF ASSERTS THAT NONE OF THE INFORMATION FOUND IN HIS POSSESSION ROSE TO THE LEVEL OF ALPHA, ULTRA, OMEGA, OR SPAX LEVEL, WHICH ARE THE HIGHEST LEVELS OF U.S. MILITARY SECRECY. I WAS ALSO ACCUSED OF CAVORTING WITH ALIENS FROM ANOTHER PLANET, CALLED THE MEN IN GREY. PLAINTIFF WAS DENIED THE RIGHT TO SUBPOENA HIS COMMANDER & CHIEF, OR THE C.I.A. DIRECTOR, OR THE U.S. SECRETARY OF STATE, OR THE U.S. ATTORNEY GENERAL. TO KEEP PLAINTIFF FROM REVEALING CLASSIFIED INFORMATION, THE PRESIDENT (MR. OBAMA) ISSUED AN URAI ORDER DIRECTING THE GOVERNOR OF WASHINGTON STATE TO ORDER MY IMMEDIATE RELEASE, BUT THE GOVERNOR HAS FAILED TO COMPLY.
CAN THE U.S. DISTRICT COURT INTERVENE?

3

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) I SEEK A JURY TRIAL. I SEEK THE APPOINTMENT OF COUNSEL. I SEEK MENTAL, EMOTIONAL, PSYCHOLOGICAL, TREBLE, GENERAL, REMEDIAL, PUNITIVE, CONTINUING, CONSTITUTIONAL, STATUTORY, PROHIBITIVE, PROSPECTIVE, PROSPECTIVE, NOMINAL, PROVISIONAL, ALL-PURPOSE, VINDICATING, BENEVOLENT, DECLARATORY, HUMANE, NATURAL, PRIVATE, MORAL, & PROCUNIARY DAMAGES IN THE AMMOUNT OF $ 3,000,000.00 DOLLARS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20TH day of December, 20 2012

John Robert Oemos
(Signature of Plaintiff)

Exhibit D

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF Clallam

FILED
CLALLAM COUNTY
OCT 11 2012
10:30 a.m.
BARBARA CHRISTENSEN, Clerk

John Robert Demos,
    Petitioner,

v.

Ron Fraker,
    Respondent.

No. 12-2-00685-0

ORDER TO SHOW CAUSE

THIS MATTER having come on regularly in open court before the undersigned judge upon petitioner's petition for issuance of a writ of habeas corpus, and the court having considered the petition and grounds therefore, and being fully advised in the premises, now

IT IS HEREBY ORDERED that the respondent, Ron Fraker, or his representative, is hereby ordered to appear before the above court, located at Clallam Co. Superior Court on the 30th day of Nov., 2012, at the hour of 9:00 AM, then and there to show cause, if any he has, why a writ of restitution should not be immediately issued commanding Ron Fraker/DOC to appear in court with the person and body of petitioner, John Robt. Demos Jr. to establish the authority and legality of petitioner's restraint by respondent or be directed to immediately release and discharge petitioner from restraint.

DONE IN OPEN COURT this 10th day of Oct., 2012.

_____
Judge

Petitioner.

## NAMES AND ADDRESSES OF DEFENDANT(S)

Please list the names and addresses of all defendants on this form.

RECEIVED
IN CLERK'S OFFICE
DEC 26 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

| DEFENDANT(S) NAME: | ADDRESS: |
|---|---|
| Leon Panetta | The Pentagon |
| Hillary Clinton | U.S. State Dept., |
| Eric Holder | U.S. Justice Dept., |
| Barack Obama | The White House |
| Governor | The State Capitol Olympia, WA., |
| David Petraus | Langley, Virginia |
|  |  |
|  |  |
|  |  |
|  |  |